1
2
3    UNITED STATES DISTRICT COURT
4    FOR THE NORTHERN DISTRICT OF CALIFORNIA
5    OAKLAND DIVISION
6
7
8   UNITED STATES OF AMERICA,         Case No:  CR 12-0753 SBA
              Plaintiff,              **ORDER SCHEDULING HEARING**
9      vs.
10
11  ALFREDO LIMON LOPEZ,
12           Defendant.
13
14       IT IS HEREBY ORDERED THAT a hearing on the "Government's Appeal of Pretrial Release Order" (Dkt. 10) is scheduled for October 26, 2012 at 11:00 a.m.
15
16       IT IS SO ORDERED.
     Dated:  10/23/12
17
                                       _____
18                                     SAUNDRA BROWN ARMSTRONG
                                       United States District Judge
19
20
21
22
23
24
25
26
27
28