STEVEN G. KALAR
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607
Telephone: (510) 637-3500
Fax: (510) 637-3507

Counsel for Defendant LIMON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> ALFREDO LIMON LOPEZ, ) <br> ) <br> ) <br> Defendant. ) <br> ) <br> ) | No. CR 12-00753 SBA <br><br> STIPULATED REQUEST TO CONTINUE HEARING DATE TO DECEMBER 20, 2012 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND ORDER <br><br> Hearing Date: November 20, 2012 <br> Time:     9:30 a.m. <br><br> **The Honorable Donna M. Ryu** |

The above-captioned matter is set on November 20, 2012 before the Honorable Donna M. Ryu for a status hearing. The parties jointly request that the Court continue the matter to December 20, 2012, at 9:30 a.m., before the sitting magistrate court judge, and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, between November 20, 2012 and December 20, 2012 so that the defense can have additional time to review and assess the discovery in this case, including additional discovery that has yet to be produced.

On October 18, 2012, the grand jury charged Mr. Limon with possession with intent to distribute methamphetamine, a violation of 21 U.S.C. § 841(a)(1). On October 26, 2012, Mr. Limon was arraigned on the Indictment. Mr. Limon faces a mandatory minimum of ten years

1  and a maximum sentence of life imprisonment.

2  The government produced discovery in this case and Mr. Limon needs additional time to
3  review that discovery.  The defense also needs time to review the discovery with Mr. Limon and
4  a Spanish-speaking interpreter.  Additionally, the defense has requested an evidence view and
5  lab reports that have yet to be produced in this case.  Moreover, the defense needs time to
6  investigate the case and to calculate the sentencing Guidelines range.  For these reasons, the
7  defense requests additional time, and the parties agree that this is an appropriate reason to
8  continue this case until December 20, 2012.

9  The parties stipulate and agree that the ends of justice served by this continuance
10 outweigh the best interest of the public and the defendant in a speedy trial.  The parties further
11 agree that the failure to grant this continuance would unreasonably deny counsel for defendant
12 the reasonable time necessary for effective preparation, taking into account the exercise of due
13 diligence.  Accordingly, the parties agree that the period of time from November 20, 2012 until
14 December 20, 2012, should be excluded in accordance with the provisions of the Speedy Trial
15 Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of defense counsel, taking
16 into account the exercise of due diligence.

17 DATED: November 19, 2012                            /S/
                                                     AARON WEGNER
18                                                   Assistant United States Attorney

19
   DATED: November 19, 2012                            /S/
20                                                   ANGELA M. HANSEN
                                                     Assistant Federal Public Defender

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-12-00753 SBA (DMR)          2

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that the defense needs additional time to review the discovery in this case and to meet with defendant and an interpreter;

2. Given that the defense has requested additional discovery that has yet to be produced, and given that the defense needs time to investigate the case and to assess the sentencing Guidelines range;

3. Given that a complete review of the discovery is necessary to the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

4. Given that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial;

Based on these findings, IT IS HEREBY ORDERED that the STATUS date of November 20, 2012, scheduled at 9:30 a.m., before the Honorable Donna M. Ryu, is vacated and reset for December 20, 2012, at 9:30 a.m., before the sitting magistrate court judge. It is FURTHER ORDERED that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from November 20, 2012 until December 20, 2012.

November 19, 2012

DONNA M. RYU
United States Magistrate Judge